**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | Case No. 13-74579-WLH |
| ) | |
| Carolyn Rowell, ) | Chapter 13 |
| Aka Carolyn Baker Rowell, ) | |
| ) | |
| Debtor. ) | |

**AMENDMENT TO SCHEDULES I, J, AND SUMMARY OF SCHEDULES**

**COMES NOW** Carolyn Rowell, aka Carolyn Baker Rowell, Debtor in the above-styled case, by and through counsel, and amends Schedules I, J, and Summary of Schedules:

1.

Debtor amends Schedule I to reflect her current income.

2.

Debtor amends Schedule J to reflect her updated expenses.

3.

Debtor amends the Summary of Schedules accordingly.

## DECLARATION

I, Carolyn Rowell, aka Carolyn Baker Rowell named as Debtor in this case, declare under penalty of perjury that I have read the forgoing Amendment and it is true and correct to the best of my information and belief.

This 2nd day of May, 2014.

      /s/                                                                /s/  
**Dan Saeger**                                         **Carolyn Rowell, Debtor**  
Georgia Bar No. 680628  
Attorney for Debtor  
RICKMAN & ASSOCIATES, P.C.  
1325 Satellite Blvd., Suite 1406  
Suwanee, GA 30024  
(P) 706-500-9456  
bk@thegeorgialawfirm.com

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Carolyn | | Rowell | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: __Northern__ District of __GA__

Case number: __13-74579__
(If known)

Check if this is:

[X] An amended filing

[ ] A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | [X] Employed<br>[ ] Not employed | [ ] Employed<br>[ ] Not employed |
| Occupation | LPN Charge Nurse | |
| Employer's name | Pharr Court Associates | |
| Employer's address | 2920 Pharr Court South, NW<br>Number  Street | Number  Street |
| | Atlanta, GA 30305<br>City    State   ZIP Code | City    State   ZIP Code |
| How long employed there? | 5 years | _____ |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 3,826.27 | $ N.A. |
| 3. **Estimate and list monthly overtime pay.** | + $ 0.00 | + $ N.A. |
| 4. **Calculate gross income.** Add line 2 + line 3. | $ 3,826.27 | $ N.A. |

Official Form B 6I                        Schedule I: Your Income                        page 1

Debtor 1  Carolyn Rowell
         First Name   Middle Name   Last Name

Case number (*if known*) 13-74579

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ............................................................. → 4. | $ 3,826.27 | $ N.A. |

5. **List all payroll deductions:**

| | | |
|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** 5a. | $ 265.00 | $ N.A. |
| 5b. **Mandatory contributions for retirement plans** 5b. | $ 71.00 | $ N.A. |
| 5c. **Voluntary contributions for retirement plans** 5c. | $ 0.00 | $ N.A. |
| 5d. **Required repayments of retirement fund loans** 5d. | $ 0.00 | $ N.A. |
| 5e. **Insurance** 5e. | $ 88.00 | $ N.A. |
| 5f. **Domestic support obligations** 5f. | $ 0.00 | $ N.A. |
| 5g. **Union dues** 5g. | $ 0.00 | $ N.A. |
| 5h. **Other deductions.** Specify: _____ 5h. | + $ 0.00 | + $ N.A. |

6. **Add the payroll deductions**. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.  6.  $ 424.00    $ N.A.

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $ 3,402.27    $ N.A.

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a.  $ 0.00    $ N.A.

   8b. **Interest and dividends**  8b.  $ 0.00    $ N.A.

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c.  $ 0.00    $ N.A.

   8d. **Unemployment compensation**  8d.  $ 0.00    $ N.A.

   8e. **Social Security**  8e.  $ 0.00    $ N.A.

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____  8f.  $ 0.00    $ N.A.

   8g. **Pension or retirement income**  8g.  $ 0.00    $ N.A.

   8h. **Other monthly income.** Specify: _____  8h.  + $ 0.00    + $ N.A.

9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9.  $ 0.00    $ N.A.

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.  $ 3,402.27  +  $ N.A.  =  $ 3,402.27

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____  11.  + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies  12.  $ 3,402.27
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    [X] No.
    [ ] Yes. Explain:

Official Form B 6I    Schedule I: Your Income    page 2

**Fill in this information to identify your case:**

Debtor 1: Carolyn Rowell (First Name / Middle Name / Last Name)

Debtor 2: _____ (Spouse, if filing)

United States Bankruptcy Court for the: Northern District of GA

Case number (If known): 13-74579

Check if this is:

[X] An amended filing
[ ] A supplement showing post-petition chapter 13 expenses as of the following date: ___/___/___ MM / DD / YYYY
[ ] A separate filing for Debtor 2 because Debtor 2 maintains a separate household

# Official Form B 6J
# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   [X] No. Go to line 2.
   [ ] Yes. Does Debtor 2 live in a separate household?
       [ ] No
       [ ] Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   
   [ ] No
   [X] Yes. Fill out this information for each dependent...

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | son | 21 | [X] No [ ] Yes |
   | | | [ ] No [ ] Yes |
   | | | [ ] No [ ] Yes |
   | | | [ ] No [ ] Yes |
   | | | [ ] No [ ] Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   [X] No
   [ ] Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.  
   4. $ 800.00

   If not included in line 4:
   
   4a. Real estate taxes   4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 0.00
   4d. Homeowner's association or condominium dues   4d. $ 0.00

Official Form B 6J     Schedule J: Your Expenses     page 1

Debtor 1 __Carolyn Rowell_____  Case number (if known)__13-74579_____
First Name   Middle Name   Last Name

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
|    6a. Electricity, heat, natural gas | 6a. | $ 275.00 |
|    6b. Water, sewer, garbage collection | 6b. | $ 40.00 |
|    6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 75.00 |
|    6d. Other. Specify: Cable/internet | 6d. | $ 115.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 664.27 |
| 8. **Childcare and children's education costs** | 8. | $ 4.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 25.00 |
| 10. **Personal care products and services** | 10. | $ 50.00 |
| 11. **Medical and dental expenses** | 11. | $ 50.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 475.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
|    15a. Life insurance | 15a. | $ 0.00 |
|    15b. Health insurance | 15b. | $ 0.00 |
|    15c. Vehicle insurance | 15c. | $ 150.00 |
|    15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
|    17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
|    17b. Car payments for Vehicle 2 | 17b. | $ 4.00 |
|    17c. Other. Specify:_____ | 17c. | $ 0.00 |
|    17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
|    20a. Mortgages on other property | 20a. | $ 0.00 |
|    20b. Real estate taxes | 20b. | $ 0.00 |
|    20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
|    20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
|    20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1  Carolyn Rowell
    First Name   Middle Name   Last Name

Case number (*if known*) 13-74579

21. **Other**. Specify: _____  _____  _____     21. +$ 0.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.    22. $ 2,727.27

23. **Calculate your monthly net income.**
    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $ 3,402.27
    23b. Copy your monthly expenses from line 22 above.    23b. –$ 2,727.27
    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.    23c. $ 675.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    [X] No.
    [ ] Yes.  Explain here:

B6 Summary (Official Form 6 - Summary) (12/13)

**Amended**

# United States Bankruptcy Court
### Northern District of Georgia

In re Carolyn Rowell, Debtor

Case No. 13-74579

Chapter 13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 3 | $ 7,625.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 11,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 19,463.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 51,534.95 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,402.27 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $ 2,727.27 |
| TOTAL | | 21 | $ 7,625.00 | $ 81,997.95 | |

# United States Bankruptcy Court
## Northern District of Georgia

In re: Carolyn Rowell, Debtor

Case No. 13-74579

Chapter 13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 19,463.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 4,000.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 23,463.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 3,402.27 |
| Average Expenses (from Schedule J, Line 22) | $ 2,727.27 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3,826.26 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 6,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 19,748.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 51,534.95 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 57,534.95 |

## CERTIFICATE OF SERVICE

I certify that true and correct copies of Debtor's Amendment have been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

Carolyn Rowell
1811 Grove Way
Hampton, GA 30228

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303

And all creditors on the attached matrix.

This 2nd day of May 2014.

/s/
Dan Saeger
Georgia Bar No. 680628

RICKMAN & ASSOCIATES, P.C.
1325 Satellite Blvd., Suite 1406
Suwanee, GA 30024
(P) 706-500-9456
(F) 678-391-4422
bk@thegeorgialawfirm.com

```
Label Matrix for local noticing      American Credit Bureau              Approved Credit Solutions
113E-1                               PO Box 4545                         704 S State Rd 135 Suite D D328
Case 13-74579-wlh                    Boynton Beach FL 33424-4545         Greenwood IN 46143-6501
Northern District of Georgia
Atlanta
Fri Nov  8 15:11:12 EST 2013

Credit Collection Service            Danco Financial                     Dent First Dental Care
PO Box 9134                          PO Box 888                          Tara Blvd
Needham MA 02494-9134                Mableton GA 30126-0888              Jonesboro GA 30236



Distance Learning Systems Inc        Dr Pran Saod                        Enhanced Recovery Co LLC
co Approved Credit Solution          1287 Spur 138                       8014 Bayberry Road
PO Box 6238                          Jonesboro GA 30236-2419             Jacksonville FL 32256-7412
Indianapolis IN 46206-6238



First Premier Bank                   (p)GEORGIA DEPARTMENT OF REVENUE    Henry Medical
3820 N Louise Ave                    COMPLIANCE DIVISION                 1133 Eagles Landing Pkwy
Sioux Falls SD 57107-0145            ARCS BANKRUPTCY                     Stockbridge GA 30281-5099
                                     1800 CENTURY BLVD NE SUITE 9100
                                     ATLANTA GA 30345-3202


IC Systems Collections               (p)INTERNAL REVENUE SERVICE         Jefferson Capital Systems LLC
PO Box 64378                         CENTRALIZED INSOLVENCY OPERATIONS   PO Box 953185
Saint Paul MN 55164-0378             PO BOX 7346                         St Louis MO 63195-3185
                                     PHILADELPHIA PA 19101-7346



Jena Mae                             Key Properties Realty               MARS Inc
PO Box 972                           1350 Wooten Lake Road Suite 301     5810 E Skelly Dr
Greenwood IN 46142-0972              Kennesaw GA 30144-1348              Suite 200
                                                                         Tulsa OK 74135-6446



Main Street Acquisition              Marauder Corporation                Midland Funding
7473 West Lake Mead Rd               74923 Highway 111                   8875 Aero Dr
216                                  Indian Wells CA 92210               Suite 200
Las Vegas NV 89128-0265                                                  San Diego CA 92123-2255



Midland Funding co                   NCO Financial                       North American Credit Serv
American InfoSource LP               PO Box 15636                        2810 Walker Rd
PO Box 268941                        Wilmington DE 19850-5636            Chattanooga TN 37421-1082
Oklahoma City OK 73126-8941



PC  Co Auto Sales Inc                (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Robert Rickman
7485 Tara Blvd                       PO BOX 41067                        Rickman & Associates, PC
Jonesboro GA 30236-1905              NORFOLK VA 23541-1067               1325 Satellite Blvd
                                                                         Suite 1406
                                                                         Suwanee, GA 30024-4671


Carolyn Rowell                       Sallie Mae                          Santander Consumer USA
1811 Grove Way                       Po Box 9500                         8585 N Stemmons Freeway Suite 1000
Hampton, GA 30228-4026               Wilkes-Barre PA  18773-9500         Dallas TX 75247-3822
```

```
Southern Regional Hospital         Uhaul                              United Auto Acceptance
11 Upper Riverdale Rd              7308 Taral Blvd                    co MacDowell  Associates
Riverdale GA 30274-2600            Jonesboro GA 30236-1904            PO Box 450849
                                                                      Atlanta GA 31145-0849



Wells Fargo Bank                   Wesly C Dunlap
PO Box 5058 MAC P6053-021          Dunlap Fardner LLP
Portland OR 97208-5058             3009 Chapel Hill Road Suite B
                                   Douglasville GA 30135-1777




              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Georgia Department of Revenue      Internal Revenue Service           Portfolio Recovery
1800 Century Blvd NE               PO Box 21126                       120 Corporate Blvd
Atlanta 30345-3205                 Philadelphia PA 19114-0326         Norfolk VA 23502




End of Label Matrix
Mailable recipients    34
Bypassed recipients     0
Total                  34
```